# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 55 EAL 2015
:
                Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
JOSE ADORNO, :
:
                Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Justice Stevens notes his dissent.